696

155 So. 924

**Tom THORPE v. STATE.**

8 Div. 893.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Appeal dismissed.

151 So. 927

**Will Sloan THRASHER v. STATE.**

5 Div. 907.

Court of Appeals of Alabama.
Nov. 28, 1933.

SAMFORD, Judge.
Affirmed.

155 So. 924

**Bob TRACY v. STATE.**

8 Div. 955.

Court of Appeals of Alabama.
May 22, 1934.

RICE, Judge.
Affirmed.

152 So. 926

**Allen TROUP v. STATE.**

8 Div. 861.

Court of Appeals of Alabama.
Feb. 13, 1934.

SAMFORD, Judge.
Affirmed.

157 So. 924

**Henry T. TUCKER v. STATE.**

1 Div. 176.

Court of Appeals of Alabama.
Nov. 20, 1934.

RICE, Judge.
Affirmed.

157 So. 924

**Henry T. TUCKER v. STATE.**

1 Div. 177.

Court of Appeals of Alabama.
Nov. 20, 1934.

BRICKEN, Presiding Judge.
Affirmed.

153 So. 925

**Willie TURNEY v. STATE.**

8 Div. 943.

Court of Appeals of Alabama.
March 6, 1934.

Seybourne H. Lynne, of Decatur, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

159 So. 898

**Otis B. TUTEN v. W. A. WILBANKS.**

8 Div. 872.

Court of Appeals of Alabama.
Dec. 18, 1934.

Simpson & Simpson, of Florence, for appellant.